UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
WILLIAM TELFORD,

        Plaintiff,

  - against -                             **JUDGMENT**
                                            14-CV-0064 (JFB)(AKT)

INTELLECTUAL CAPITAL
MANAGEMENT, INC. d/b/a SMS
MASTERMINDS,

        Defendant.
-------------------------------------------------------X

      An Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on May 21, 2015, directing the Clerk of Court to enter judgment in favor of plaintiff and against defendant SMS Masterminds in the amount of $28,500, plus costs accrued through May 4, 2015 in an amount to be determined, enjoining defendant SMS masterminds from sending text messages to plaintiff, and further directing the Clerk of Court to close this case, it is

      **ORDERED AND ADJUDGED** that judgment is hereby entered in favor of plaintiff and against defendant SMS Masterminds in the amount of $28,500, plus costs accrued through May 4, 2015 in an amount to be determined; that defendant SMS Masterminds is enjoined from sending text messages to plaintiff; and that this case is hereby closed.

Dated: Central Islip, New York
         June 1, 2015

                                                                         DOUGLAS C. PALMER
                                                                       CLERK OF THE COURT

                                                By:    /s/ Catherine Vukovich
                                                                   Deputy Clerk